BRYAN SCHRODER
United States Attorney

ALLISON O'LEARY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: allison.oleary@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:20-cr-00043-SLG-DMS |
|---|---|
| Plaintiff, | ) <br> ) COUNT 1: |
| vs. | ) DISTRIBUTION OF A CONTROLLED <br> ) SUBSTANCE <br> )   Vio. of 21 U.S.C. § 841(a)(1), |
| KEVIN ALLEN SATHRE, and <br> AMBER REIGH LESLIE SCHULTZ, | ) (b)(1)(A) <br> ) <br> ) COUNT 2: |
| Defendants. | ) DISTRIBUTION OF A CONTROLLED <br> ) SUBSTANCE <br> )   Vio. of 21 U.S.C. § 841(a)(1), <br> ) (b)(1)(B) <br> ) |

I N D I C T M E N T

The Grand Jury charges that:

//

//

//

## COUNT 1

On or about November 1, 2018, within the District of Alaska, defendant AMBER REIGH LESLIE SCHULTZ did knowingly distribute a controlled substance, to wit: 50 grams or more of pure methamphetamine.

All of which is in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A).

## COUNT 2

On or about November 19, 2018, within the District of Alaska, defendants KEVIN ALLEN SATHRE and AMBER REIGH LESLIE SCHULTZ did knowingly distribute a controlled substance, to wit: 5 grams or more of pure methamphetamine.

All of which is in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Allison M. O'Leary
ALLISON M. O'LEARY
Assistant U.S. Attorney
United States of America

s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America

DATE:      June 24, 2020