# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMBER REIGH LESLIE SCHULTZ,<br><br>Defendant. | Case No. 3:20-cr-00043-SLG-DMS |

## ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY

A plea agreement was filed in this case at Docket 62. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Scott A. Oravec by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the magistrate judge at which Ms. Schultz entered a guilty plea to Count 2 of the Indictment, which is a violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B), Aiding and Abetting Distribution of a Controlled Substance.

Judge Oravec issued a Final Report and Recommendation at Docket 77, in which he recommended that the District Court accept the Defendant's plea of guilty to Count 2 of the Indictment. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's plea of guilty to Count 2 of the Indictment – Aiding and Abetting Distribution of a Controlled Substance, and Defendant is adjudged GUILTY of Count 2.

The Imposition of Sentence hearing in this matter is confirmed for **January 25, 2021 at 9:00 a.m.** in Virtual Courtroom 1.

DATED this 17th day of November, 2020 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:20-cr-00043-SLG-DMS, *USA v. Schultz*
Order re Final Report and Recommendation
Page 2 of 2
Case 3:20-cr-00043-SLG-DMS   Document 83   Filed 11/17/20   Page 2 of 2